UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61411-CIV-DIMITROULEAS

NATIONSBENEFITS, LLC,

    Plaintiff,

vs.

DANIELLE BRADY, PATRICK VINCENT,
ALISHA JACKSON, and PROEAR
REVENUE SOLUTIONS,

    Defendants.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING IN PART PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Patrick Hunt (the "Report") [DE 11], issued on August 8, 2025, Plaintiff's Expedited Motion for Preliminary Injunction [DE 5]. The Court notes that no objections to the Report [DE 11] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 11] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 11] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 11] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion [DE 5] is hereby **GRANTED IN PART;**

3. Defendants are *temporarily restrained* from pursuing business as ProEar and from contacting clients associated with Nations;

4. The Court will enter a separate Temporary Restraining Order;

5. The Temporary Restraining Order shall remain in effect until the preliminary injunction hearing on August 21, 2025.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of August, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record